AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
JUN 21 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:23-mj-129 |
| | ) | |
| John Patrick Gordon Dane | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 4 through January 10, 2023 in the county of Virginia Beach in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Convicted Felon |
| 18 U.S.C. § 922(o)(1) | Unlawful Transfer or Possession of Machineguns |
| 18 U.S.C. § 545 | Smuggling Goods into the United States |

This criminal complaint is based on these facts:
See Attached

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Graham M. Stolle

*Complainant's signature*
John Hunt, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/21/2023

*Judge's signature*

City and state: Norfolk, Virginia
U.S. Magistrate Judge Robert J. Krask
*Printed name and title*