FILED UNDER SEAL PURSUANT TO THE E-GOVERNMENT ACT OF 2002

JS 45 (11/2002)

| Criminal Case Cover Sheet | | U.S. District Court |
|---|---|---|
| Place of Offense: EDVA | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
| City: Norfolk | Criminal Complaint: 2:23mj | Criminal Number: 2:23mj 129 |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Juvenile: Yes ☐ No ☒    FBI# 958885PC7    Alias Names: Bam
Defendant Name: John-Patrick Gordon Dane    Alias Names(cont):
Address: Virginia Beach, VA
Birth Date: /1987    SS#: -9616    Sex: Male    Race: White    Nationality: USA    Place of Birth: Virginia
Height: 6'00"    Weight: 250 lbs.    Hair: Brown    Eyes: Blue    Scars/Tattoos:
Interpreter: Yes ☐ No ☒    List Language and/or dialect:

**Location Status:**

| Arrest Date: | | |
|---|---|---|
| ☐ Already in Federal Custody as of: | in: | |
| ☒ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

**Defense Counsel Information:**

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

**U.S. Attorney Information:**

| SAUSA: Graham Stolle | Telephone No. 757-441-6331 | Bar #: |

**Complainant Agency, Address & Phone Number or Person & Title:**

SA John Hunt, ATF

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. 922(g)(1) | Possession of a Firearm by a Convicted Felon | 1 | Felony |
| Set 2 | 18 U.S.C. 922(o)(1) | Unlawful Transfer or Possession of Machineguns | 2 | Felony |
| Set 3 | 18 U.S.C. 545 | Smuggling Goods into the United States | 3 | Felony |