AO 442 (Rev. 01/09) Arrest Warrant

**FILED IN OPEN COURT**

JUN 2 3 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

United States of America
v.

JOHN PATRICK GORDON DANE

*Defendant*

Case No. 2:23-mj-129
FID: 11566032
ATF

RECEIVED UNITED STATES MARSHAL
EASTERN DISTRICT VIRGINIA NORFOLK DIVISION
2023 JUN 21 P 3: 53

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   John Patrick Gordon Dane,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1)   Possession of a Firearm by a Convicted Felon
18 U.S.C. § 922(o)(1)   Unlawful Transfer or Possession of Machineguns
18 U.S.C. § 545          Smuggling Goods into the United States

Date:  06/21/2023

*Issuing officer's signature*

City and state:   Norfolk, Virginia

John Hunt, Special Agent, ATF
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/21/23, and the person was arrested on *(date)* 6/23/2023
at *(city and state)* Virginia Beach, VA.

Date: 6/23/2023

*Arresting officer's signature*

Special Agent John Hunt
*Printed name and title*